#9096359

El Paso County Court
270 S. Tejon
Colorado Springs CO 80901 United States





RECEIVED
MAR 1 9 2014
BY:____

THOMAS G. DUNDON
PO BOX 961245                    35-1002
FORT WORTH TX 76161-0244


To:      Thomas G. Dundon


Subject:  Service of documents in 2014CV34.

You are being served with documents filed electronically through the
Integrated Colorado Courts E-Filing System (ICCES).  Please review the
following details concerning this service.

- Court Location: El Paso County
- Case Number: 2014CV34

- Filing ID: N/A
- Filed Document Title(s):
  - Order: Proposed Order MOTION TO WAIVE FILING FEES
- Submitted on Date/Time: Thu Feb 13 18:30:09 MST 2014
- Submitted by Authorizing Organization:
- Submitted by Authorizing Attorney: El Paso County  Court

If you have a question about the above listed case, please contact the court.
Information for all Colorado court locations is listed on the Colorado Judical Branch
website http://www.courts.state.co.us/Index.cfm.

EXHIBIT A-4

| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address:<br>270 S. Tejon, Colorado Springs, CO, 80901 | |
|---|---|
| **Plaintiff(s)** GENARO ROLDAN<br>v.<br>**Defendant(s)** THOMAS G. DUNDON et al. | DATE FILED: February 13, 2014 |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2014CV34<br>Division: 17    Courtroom: |
| **Order: Proposed Order MOTION TO WAIVE FILING FEES** | |

Plaintiff's Motion to Waive Filing Fees filed 2/5/14 is hereby denied for the reasons as set forth in the Order issued by Judge DuBois on 1/27/14 denying Plaintiff's prior Motion to Waive Filing Fees.

Issue Date: 2/13/2014

*[signature]*

JANN P DUBOIS
District Court Judge

#9096359

El Paso County Court
270 S. Tejon
Colorado Springs CO 80901 United States





JASON A. KULAS
PO BOX 961245                    34-1002
FORT WORTH TX 76161-0244

To:      Jason A. Kulas

Subject: Service of documents in 2014CV34.

You are being served with documents filed electronically through the
Integrated Colorado Courts E-Filing System (ICCES). Please review the
following details concerning this service.

- Court Location: El Paso County
- Case Number: 2014CV34

- Filing ID: N/A
- Filed Document Title(s):
  - Order: Proposed Order MOTION TO WAIVE FILING FEES
- Submitted on Date/Time: Thu Feb 13 18:30:09 MST 2014
- Submitted by Authorizing Organization:
- Submitted by Authorizing Attorney: El Paso County Court

If you have a question about the above listed case, please contact the court.
Information for all Colorado court locations is listed on the Colorado Judical Branch
website http://www.courts.state.co.us/Index.cfm.

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address:<br>270 S. Tejon, Colorado Springs, CO, 80901 | DATE FILED: February 13, 2014 |
| **Plaintiff(s)** GENARO ROLDAN<br>v.<br>**Defendant(s)** THOMAS G. DUNDON et al. | |
| | ⚠ COURT USE ONLY ⚠<br>Case Number: 2014CV34<br>Division: 17   Courtroom: |
| **Order: Proposed Order MOTION TO WAIVE FILING FEES** | |

Plaintiff's Motion to Waive Filing Fees filed 2/5/14 is hereby denied for the reasons as set forth in the Order issued by Judge DuBois on 1/27/14 denying Plaintiff's prior Motion to Waive Filing Fees.

Issue Date: 2/13/2014

*[signature: Jann P DuBois]*

JANN P DUBOIS
District Court Judge