**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.   14-cv-01169-LTB-BNB

GENARO ROLDAN,

      Plaintiff,

v.

THOMAS G. DUNDON and
JASON A. KULAS,

      Defendants.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on November 21, 2014 (Doc 20).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

ORDERED that the recommendation is accepted and Defendants' Motion to Dismiss (Doc 12) is **GRANTED** and this action is **DISMISSED** for lack of personal jurisdiction over the Defendants.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED:   December 12, 2014